UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————

THOMAS H. COYLE, and
LINDA SUE COYLE,

                      Plaintiffs,

                                                                         ORDER
          v.                                                        05-CV-754A

GLS LEASCO, INC., et al.,

                      Defendants.

———————————————————

The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 19, 2009, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiffs' summary judgment motion be denied, that the motion by the *Coyle I* defendants' (GLS Leasco, Inc., C.C. Eastern, Inc., and Centra, Inc.) for summary judgment be granted, that the motions for sanctions and to strike be dismissed as moot, and that the Clerk of Court be directed to close the file.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiffs' summary judgment motion is denied, the motion by defendants GLS Leasco, Inc., C.C. Eastern, Inc. and Centra, Inc. for summary judgment is granted and all remaining motions are dismissed as moot. The Clerk of Court shall take all steps necessary to

close the case.

SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: April 10, 2009